# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | KAREN M. LAUGHNER |
| **Case Number:** | 12-25534-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 30, 2017  09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/3/17  4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#52 - Trustee's Certificate of Default to Dismiss
  + Response [w/ Notarized Affidavit and Proof of Payment] filed by Debtor 1/30/2017
R / M #:  52 / 0

### *Appearances:*

Debtor: Steinberg
Trustee: Winnecour / Bedford / (Pall) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: Order recommended resolving COD

3/22/2017   3:43:04PM