IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 12-25534-JAD |
| Karen M. Laughner, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor(s)* ) | |
| ) | |
| Karen M. Laughner, ) | |
| ) | |
| *Movant(s)* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 18, 2013 at docket number 22, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

__July 1, 2017_____                    ___/s/ Karen Laughner_____
Date                                                      Debtor


_____                          _____
Date                                                      Debtor

Respectfully submitted,

__September 19, 2017__   /s/ Kenneth Steidl
DATE                     Kenneth Steidl, Esquire
                         Attorney for the Debtor

                         STEIDL & STEINBERG
                         707 Grant Street
                         Suite 2830, Gulf Tower
                         Pittsburgh, PA 15219
                         (412) 391-8000
                         Ken.steidl@steidl-steinberg.com
                         PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**