## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| Debtor: | KAREN M. LAUGHNER | | |
| Case Number: | 12-25534-JAD | Chapter: | 13 |
| Date / Time / Room: | WEDNESDAY, JANUARY 10, 2018 10:00 AM   COURTROOM D | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

### Matter:

Motion To Dismiss Case filed by Ronda J. Winnecouir, Chapter 13 Trustee
- Response filed by Debtor 12/18/2017 at Doc. No. 69  [Due 12/19/2017]
R / M #:  65 / 0

### Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  ~~KENNETH~~ STEIDL, ESQUIRE
CREDITOR:

### Proceedings:

____ Motion is GRANTED / DENIED
____ Special Type Of Order:
✓ CONTINUE MATTER:
        ✓ For At Least  60  Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at _____
        _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order - NONJURY / JURY
        _____ Simple / Pretrial Order - NONJURY / JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 60 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
1/10/18 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA