IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KAREN M. LAUGHNER, | : | Bankruptcy No. 12-25534-JAD |
| Debtor. | : | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 65 |
| KAREN M. LAUGHNER, | : | |
| Respondent. | : | |

## ORDER CONTINUING HEARING

**AND NOW**, this **10th** day of **January**, **2018**, a hearing having been held on **January 10, 2018**, on the **Trustee's Motion To Dismiss** filed by **Ronda J. Winnecour, Chapter 13 Trustee** at **Doc. No. 65**; and the responsive pleading filed thereto by Debtor at Doc. No. 69;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, April 4, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh, Pennsylvania 15219.

_____
JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
1/10/18 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023098

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karen M. Laughner  
    Debtor

Case No. 12-25534-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Jan 10, 2018  
                       Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
```
db             +Karen M. Laughner,    108 Carlynn Drive,    Renfrew, PA 16053-9656
13508508        Bank of America,    900 Samoset Drive,    Newark, DE 19713-6002
13508509       +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
13545170        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
14365819      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9741)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13508510       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:13:34      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              NATIONSTAR MORTGAGE LLC
                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Karen M. Laughner julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;rlager@st
              Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```