UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | KAREN M. LAUGHNER |
| Case Number: | 12-25534-JAD        Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, APRIL 04, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Continued - Motion To Dismiss Case filed by Ronda J. Winnecouir, Chapter 13 Trustee
- Response filed by Debtor 12/18/2017 at Doc. No. 69  [Due 12/19/2017]
- Hearing Held /10/2018 - Continued To 4/4/2018
R / M #:   65 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL / D. Simm.
DEBTOR: ~~KENNETH STEIDL, ESQUIRE~~  Lam
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ✓ For At Least 30 Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
4/4/18 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge